IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HAMZA ABDUL-ALI, | ) |
| | ) |
| Plaintiff, | ) No. 3:23-cv-00441 |
| | ) |
| v. | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE NEWBERN |
| ARMANDA FERREIRA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Hamza Abdul-Ali filed a Motion for Summary Judgment and an in forma pauperis application. The Court granted the application and ordered Plaintiff to initiate this action by filing a signed complaint that complies with the Federal Rules. (Doc. No. 4). The Court warned that failure to respond or request an extension within thirty days would result in dismissal. *Id*. Plaintiff, however, has not responded in any way by the deadline or during an additional grace period. The complaint is therefore **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Federal Rules of Civil Procedure, *see* Fed. R. Civ. P. 3, 8(a), 11(a), and want of prosecution. Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962).[1]

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This form of dismissal allows Plaintiff to initiate a new civil action regarding these or other matters, subject to all applicable rules and time limits.